# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: THAKE, DAVID A. § Case No. 11-80080
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/15/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  04/04/2013           By:  /s/JOSEPH D. OLSEN
                                                                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: THAKE, DAVID A.    § Case No. 11-80080
                         §
                         §
Debtor(s)                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 53,590.19 |
| *and approved disbursements of* | $ 2,747.87 |
| *leaving a balance on hand of* [1] | $ 50,842.32 |
| **Balance on hand:** | $ 50,842.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 50,842.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 5,859.68 | 0.00 | 5,859.68 |
| Trustee, Expenses - JOSEPH D. OLSEN | 93.61 | 0.00 | 93.61 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,975.00 | 0.00 | 1,975.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,928.29 |
| Remaining balance: | $ 42,914.03 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 42,914.03 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 42,914.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,933.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 55.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 16,440.31 | 0.00 | 9,052.87 |
| 2 | American InfoSource LP as agent for WFNNB | 2,460.19 | 0.00 | 1,354.70 |
| 3 | TARGET NATIONAL BANK | 1,045.04 | 0.00 | 575.45 |
| 4 | FHN Central Business Office | 1,145.04 | 0.00 | 630.52 |
| 5 | FHN Central Business Office | 10.05 | 0.00 | 5.53 |
| 6 | American Express Centurion Bank | 14,873.71 | 0.00 | 8,190.22 |
| 7 | PYOD LLC its successors and assigns as assignee of | 19,230.06 | 0.00 | 10,589.04 |
| 8 | Dell Financial Services L.L.C. | 1,759.42 | 0.00 | 968.83 |
| 9 | US Bank N.A. | 1,373.44 | 0.00 | 756.29 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | FIA Card Services, NA/Bank of America | 13,533.08 | 0.00 | 7,341.87 |
| 11 | Midland Funding LLC | 2,571.23 | 0.00 | 1,415.85 |
| 12 | Portfolio Recovery Associates, LLC | 3,691.74 | 0.00 | 2,032.86 |

Total to be paid for timely general unsecured claims: $ 42,914.03
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-80080-TML
David A. Thake                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave              Page 1 of 3              Date Rcvd: Apr 12, 2013
                              Form ID: pdf006              Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2013.
```
db          +David A. Thake,    583 Rye Ridge Court,    Freeport, IL 61032-2819
16655342     American,    P.O. Box 659705,    San Antonio, TX 78265-9705
16655343     American Express,    Box 0001,    Los Angeles, CA 90096-8000
17078314     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16655344    +Attorney Stephen S. Schmelzle,    208 W. Stephenson Street,    Freeport, IL 61032-4325
16655345     Baker & Miller, P.C.,    29 N. Wacker Drive,    Suite 500,    Chicago, IL 60606-2854
16655346     Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16655347     Citi,    Box 6000,    The Lakes, NV 89163-6000
16655348     Citibank South Dakota,    P.O. Box 653054,    Dallas, TX 75265-3054
16655351   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Preferred Account,    Payment Processing Center,    P.O. Box 6403,
               Carol Stream, IL 60197-6403)
16655350    +Debt Resolution Division,    1101 Pennsylvania Ave. NW 6th Floor,    Washington, DC 20004-2544
16655353    +Donna Thake,    820 Nassau Parkway,    Rockford, IL 61107-3834
16655354     FHN Central Business Office,    P.O. Box 857,    Freeport, IL 61032-0857
16655356     HSBC Card Services,    Payment Center,    P.O. Box 17313,    Baltimore, MD 21297-1313
16655357     HSBC Retail Services,    P.O. Box 17264,    Baltimore, MD 21297-1264
16655355    +Harris Bank,    501 7th Street,    Rockford, IL 61104-1299
16655360     Macy’s,    P.O. Box 689195,    Des Moines, IA 50368-9195
19932096     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
16655361   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,    P.O. Box 12914,
               Norfolk, VA 23541)
17262634  +++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
16655364     Union Savings Bank,    P.O. Box 540,    Freeport, IL 61032-0540
16655365    +United Collection Bureau, Inc.,    P.O. Bo 1448,    Maumee, OH 43537-8448
16655366     World Financial Network National,    P.O. Box 182273,    Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16944420     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2013 00:48:23
               American InfoSource LP as agent for WFNNB,    as assignee of,    American TV,    PO Box 248872,
               Oklahoma City, OK   73124-8872
17326089     E-mail/PDF: rmscedi@recoverycorp.com Apr 13 2013 00:34:22     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16655349    +E-mail/Text: administration@gatestoneco.com Apr 13 2013 00:26:08     CollectopCorp Corporation,
               455 North 3rd Street, Suite 260,    Phoenix, AZ 85004-0630
17164559     E-mail/Text: resurgentbknotifications@resurgent.com Apr 13 2013 00:18:18
               Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
16655352     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 13 2013 00:30:14     Discover Bank,
               P.O. Box 6103,    Carol Stream, IL 60197-6103
16943377     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 13 2013 00:30:14     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
17325734     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2013 00:48:23
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
16655358     E-mail/Text: Bankruptcy@icsystem.com Apr 13 2013 00:44:04     I.C Systems, Inc.,
               444 Highway 96 East,    P.O. Box 64437,    Saint Paul, MN 55164-0437
16655359     E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2013 00:32:08     JCPenney,    P.O. Box 960090,
               Orlando, FL 32896-0090
17156418    +E-mail/Text: resurgentbknotifications@resurgent.com Apr 13 2013 00:18:18
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19932097     E-mail/PDF: rmscedi@recoverycorp.com Apr 13 2013 00:29:15
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
16966575    +E-mail/Text: bncmail@w-legal.com Apr 13 2013 00:44:25     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20216430    +E-mail/Text: bncmail@w-legal.com Apr 13 2013 00:44:25     TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17366838*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,
               Norfolk VA 23541)
```

```
District/off: 0752-3           User: kkrystave              Page 2 of 3              Date Rcvd: Apr 12, 2013
                               Form ID: pdf006              Total Noticed: 36
```

16655362     ##Redline Recovery Services, LLC,    11675 Rainwater Drive,    Suiute 350,
               Alpharetta, GA 30009-8693
16655363     ##Target National Bank,    P.Ol. Box 59317,    Minneapolis, MN 55459-0317

                                                                                       TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2013**                         **Signature:**     *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave              Page 3 of 3                  Date Rcvd: Apr 12, 2013
                              Form ID: pdf006              Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2013 at the address(es) listed below:

```
              Adham   Alaily    on behalf of Creditor    HARRIS N.A. aalaily@ehrenbergeganlaw.com
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Evan   Moscov    on behalf of Creditor    TD Bank USA, N.A. evan.moscov@moscovlaw.com,
               ADVNotices@w-legal.com
              Jason H Rock    on behalf of Debtor David A. Thake jrock@bslbv.com
              Joseph D Olsen    on behalf of Spec. Counsel George   Filippello Jolsenlaw@comcast.net,
               IL46@ECFCBIS.com
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com,   IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen   Schmelzle    on behalf of Creditor    Union Savings Bank schmeeze30@hotmail.com
                                                                                             TOTAL: 10
```