**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: THAKE, DAVID A.    § Case No. 11-80080
                          §
                          §
                          §
Debtor(s)                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $125,611.00              Assets Exempt: $20,011.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $42,914.03    Claims Discharged
                                               Without Payment: $104,167.47

Total Expenses of Administration: $9,279.54

3) Total gross receipts of $ 53,590.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,396.62 (see **Exhibit 2**), yielded net receipts of $52,193.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $112,483.93 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,279.54 | 9,279.54 | 9,279.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 137,903.43 | 77,933.31 | 77,933.31 | 42,914.03 |
| **TOTAL DISBURSEMENTS** | $250,387.36 | $87,212.85 | $87,212.85 | $52,193.57 |

4) This case was originally filed under Chapter 7 on January 11, 2011. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2013     By: /s/JOSEPH D. OLSEN
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance - Arthur Thake * | 1229-000 | 53,590.19 |
| **TOTAL GROSS RECEIPTS** | | **$53,590.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Thake | Exemption re: parents' probate estate | 8100-002 | 1,396.62 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,396.62** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Bank | 4110-000 | 10,805.04 | N/A | N/A | 0.00 |
| NOTFILED | Union Savings Bank | 4110-000 | 101,678.89 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$112,483.93** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,859.68 | 5,859.68 | 5,859.68 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 93.61 | 93.61 | 93.61 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,975.00 | 1,975.00 | 1,975.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.69 | 84.69 | 84.69 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 50.65 | 50.65 | 50.65 |
| The Bank of New York Mellon | 2600-000 | | N/A | 79.00 | 79.00 | 79.00 |
| George V. Filippello | 3210-600 | | N/A | 472.50 | 472.50 | 472.50 |
| The Bank of New York Mellon | 2600-000 | | N/A | 86.96 | 86.96 | 86.96 |
| The Bank of New York Mellon | 2600-000 | | N/A | 83.09 | 83.09 | 83.09 |
| The Bank of New York Mellon | 2600-000 | | N/A | 74.86 | 74.86 | 74.86 |
| The Bank of New York Mellon | 2600-000 | | N/A | 88.06 | 88.06 | 88.06 |
| The Bank of New York Mellon | 2600-000 | | N/A | 79.87 | 79.87 | 79.87 |
| The Bank of New York Mellon | 2600-000 | | N/A | 77.05 | 77.05 | 77.05 |
| Rabobank, N.A. | 2600-000 | | N/A | 59.55 | 59.55 | 59.55 |
| Rabobank, N.A. | 2600-000 | | N/A | 52.03 | 52.03 | 52.03 |
| Rabobank, N.A. | 2600-000 | | N/A | 62.94 | 62.94 | 62.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $9,279.54 | $9,279.54 | $9,279.54 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,654.14 | 16,440.31 | 16,440.31 | 9,052.87 |
| 2 | American InfoSource LP as agent for WFNNB | 7100-000 | 2,104.97 | 2,460.19 | 2,460.19 | 1,354.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | TARGET NATIONAL BANK | 7100-000 | 718.04 | 1,045.04 | 1,045.04 | 575.45 |
| 4 | FHN Central Business Office | 7100-000 | 1,590.93 | 1,145.04 | 1,145.04 | 630.52 |
| 5 | FHN Central Business Office | 7100-000 | N/A | 10.05 | 10.05 | 5.53 |
| 6 | American Express Centurion Bank | 7100-000 | 14,873.71 | 14,873.71 | 14,873.71 | 8,190.22 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 16,369.05 | 19,230.06 | 19,230.06 | 10,589.04 |
| 8 | Dell Financial Services L.L.C. | 7100-000 | 1,286.65 | 1,759.42 | 1,759.42 | 968.83 |
| 9 | US Bank N.A. | 7100-000 | N/A | 1,373.44 | 1,373.44 | 756.29 |
| 10 | FIA Card Services, NA/Bank of America | 7100-000 | 12,004.00 | 13,333.08 | 13,333.08 | 7,341.87 |
| 11 | Midland Funding LLC | 7100-000 | 1,964.04 | 2,571.23 | 2,571.23 | 1,415.85 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | 3,189.71 | 3,691.74 | 3,691.74 | 2,032.86 |
| NOTFILED | Donna Thake | 7100-000 | 2,736.00 | N/A | N/A | 0.00 |
| NOTFILED | Debt Resolution Division | 7100-000 | 54,199.00 | N/A | N/A | 0.00 |
| NOTFILED | World Financial Network National | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collection Bureau, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 1,464.04 | N/A | N/A | 0.00 |
| NOTFILED | Citibank South Dakota | 7100-000 | 267.55 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services Payment Center | 7100-000 | 10,480.60 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$137,903.43** | **$77,933.31** | **$77,933.31** | **$42,914.03** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80080  
**Case Name:** THAKE, DAVID A.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/11/11 (f)  
**§341(a) Meeting Date:** 02/17/11

**Period Ending:** 06/25/13  
**Claims Bar Date:** 06/03/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single Family Residence 1542 W. Stephenson Stree | 100,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash On Hand | 5.00 | 0.00 | | 0.00 | FA |
| 3  U.S. Bank Personal Checking Account | 5.00 | 0.00 | | 0.00 | FA |
| 4  2 TV's; 2 DVD Players; 1 VCR; 3 Compact Disc Ste | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  Standard Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Golf Clubs | 100.00 | 0.00 | | 0.00 | FA |
| 7  Teacher Retirement System Pension Interest | 1.00 | 0.00 | | 0.00 | FA |
| 8  2006 Chevy Equinox | 8,000.00 | 0.00 | | 0.00 | FA |
| 9  Inheritance - Arthur Thake *  (u) | 5,000.00 | 0.00 | | 53,590.19 | FA |
| 10  Inheritance - June Thake *  (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| 11  Interest In Parents' Probate Estates *  (u)  (See Footnote) | 10,000.00 | 0.00 | | 0.00 | FA |
| **11  Assets   Totals** (Excluding unknown values) | **$130,611.00** | **$0.00** | | **$53,590.19** | **$0.00** |

RE PROP# 11      * #9, 10 & 11 - Are listed 3 times.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   April 4, 2013  (Actual)

Printed: 06/25/2013 03:06 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-80080 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | THAKE, DAVID A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******14-66 - Checking Account |
| Taxpayer ID #: | **-***5897 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 06/25/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/12 | {9} | Estate of Arthur E. Thake | Debtor's interest in estate | 1229-000 | 40,000.00 | | 40,000.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.69 | 39,915.31 |
| 06/05/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #11-80080, #016018067 | 2300-000 | | 50.65 | 39,864.66 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.00 | 39,785.66 |
| 07/24/12 | 102 | George V. Filippello | Per Court order of 7/23/12 | 3210-600 | | 472.50 | 39,313.16 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.96 | 39,226.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.09 | 39,143.11 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.86 | 39,068.25 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.06 | 38,980.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.87 | 38,900.32 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.05 | 38,823.27 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 38,823.27 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 38,823.27 | |
| | | | **Subtotal** | | 40,000.00 | 1,176.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,000.00** | **$1,176.73** | |

{} Asset reference(s)                                   Printed: 06/25/2013 03:06 PM    V.13.13

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-80080  
**Case Name:** THAKE, DAVID A.  

**Taxpayer ID #:** **-***5897  
**Period Ending:** 06/25/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****110866 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 38,823.27 | | 38,823.27 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.55 | 38,763.72 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.03 | 38,711.69 |
| 03/14/13 | {9} | Estate of Arthur E. Thake | bal. on inherit. | 1229-000 | 13,590.19 | | 52,301.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.94 | 52,238.94 |
| 04/03/13 | 10103 | David Thake | Exemption re: parents' probate estate | 8100-002 | | 1,396.62 | 50,842.32 |
| 05/20/13 | 10104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,975.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,975.00 | 48,867.32 |
| 05/20/13 | 10105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,859.68, Trustee Compensation;  Reference: | 2100-000 | | 5,859.68 | 43,007.64 |
| 05/20/13 | 10106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $93.61, Trustee Expenses;  Reference: | 2200-000 | | 93.61 | 42,914.03 |
| 05/20/13 | 10107 | Discover Bank | Dividend paid  55.06% on $16,440.31; Claim# 1; Filed: $16,440.31; Reference: | 7100-000 | | 9,052.87 | 33,861.16 |
| 05/20/13 | 10108 | American InfoSource LP as agent for WFNNB | Dividend paid  55.06% on $2,460.19; Claim# 2; Filed: $2,460.19; Reference: | 7100-000 | | 1,354.70 | 32,506.46 |
| 05/20/13 | 10109 | TARGET NATIONAL BANK | Dividend paid  55.06% on $1,045.04; Claim# 3; Filed: $1,045.04; Reference: | 7100-000 | | 575.45 | 31,931.01 |
| 05/20/13 | 10110 | American Express Centurion Bank | Dividend paid  55.06% on $14,873.71; Claim# 6; Filed: $14,873.71; Reference: | 7100-000 | | 8,190.22 | 23,740.79 |
| 05/20/13 | 10111 | PYOD LLC its successors and assigns as assignee of | Dividend paid  55.06% on $19,230.06; Claim# 7; Filed: $19,230.06; Reference: | 7100-000 | | 10,589.04 | 13,151.75 |
| 05/20/13 | 10112 | Dell Financial Services L.L.C. | Dividend paid  55.06% on $1,759.42; Claim# 8; Filed: $1,759.42; Reference: | 7100-000 | | 968.83 | 12,182.92 |
| 05/20/13 | 10113 | US Bank N.A. | Dividend paid  55.06% on $1,373.44; Claim# 9; Filed: $1,373.44; Reference: | 7100-000 | | 756.29 | 11,426.63 |
| 05/20/13 | 10114 | FIA Card Services, NA/Bank of America | Dividend paid  55.06% on $13,333.08; Claim# 10; Filed: $13,333.08; Reference: | 7100-000 | | 7,341.87 | 4,084.76 |
| 05/20/13 | 10115 | Midland Funding LLC | Dividend paid  55.06% on $2,571.23; Claim# 11; Filed: $2,571.23; Reference: | 7100-000 | | 1,415.85 | 2,668.91 |
| 05/20/13 | 10116 | Portfolio Recovery Associates, LLC | Dividend paid  55.06% on $3,691.74; Claim# 12; Filed: $3,691.74; Reference: | 7100-000 | | 2,032.86 | 636.05 |
| 05/20/13 | 10117 | FHN Central Business Office | Combined Check for Claims#4,5 | | | 636.05 | 0.00 |
| | | | Dividend paid 55.06%   630.52 on $1,145.04;  Claim# 4; Filed: $1,145.04 | 7100-000 | | | 0.00 |
| | | | Dividend paid 55.06%    5.53 | 7100-000 | | | 0.00 |

Subtotals :    $52,413.46    $52,413.46

{} Asset reference(s)                                                                                   Printed: 06/25/2013 03:06 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-80080  
**Case Name:** THAKE, DAVID A.  
**Taxpayer ID #:** **-***5897  
**Period Ending:** 06/25/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****110866 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $10.05;  Claim# 5; Filed: $10.05 | | | | |
| | | | **ACCOUNT TOTALS** | | 52,413.46 | 52,413.46 | $0.00 |
| | | | Less: Bank Transfers | | 38,823.27 | 0.00 | |
| | | | **Subtotal** | | 13,590.19 | 52,413.46 | |
| | | | Less: Payments to Debtors | | | 1,396.62 | |
| | | | **NET Receipts / Disbursements** | | **$13,590.19** | **$51,016.84** | |

Net Receipts : 53,590.19  
Less Payments to Debtor : 1,396.62  
Net Estate : $52,193.57

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******14-66 | 40,000.00 | 1,176.73 | 0.00 |
| Checking # ****110866 | 13,590.19 | 51,016.84 | 0.00 |
| | $53,590.19 | $52,193.57 | $0.00 |

{} Asset reference(s)